274 F.2d 832
 PLAZA COURT BROADCASTING COMPANY
v.
Lemuel WANAMAKER et al.
PUBLIC BROADCASTING SERVICE, INC.,
v.
Lemuel WANAMAKER et al.
OIL CAPITOL SALE CORPORATION
v.
Lemuel WANAMAKER et al.
 Nos. 6195-6197.
 United States Court of Appeals Tenth Circuit.
 Jan. 8, 1960.
 
 Appeals from the United States District Court for the Western District of Oklahoma.
 Milsten, Milsten & Morehead, Tulsa, Okl., and Kenneth Wells Parkinson, Washington, D.C., for appellants.
 William Bishop, Seminole, Okl., and J. P. Tonkoff, Yakima, Wash., for appellees.
 Before BRATTON, LEWIS and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeals dismissed for lack of final Judgment.